540 A.2d 1021

Elizabeth Forward School District and Ida Belle Carnathan, Appellants v. Geoffrey Townsend, a minor, by his parent and natural guardian, Debora Poorman, and Debora Poorman, as parent and natural guardian of Geoffrey Townsend, a minor, in her own right, Appellees.

Argued March 24, 1988, before Judges MACPHAIL, COLINS and MCGINLEY, sitting as a panel of three.

*Steven B. Larchuk,* with him, *Nancy R. Winschel, Dickie, McCamey & Chilcote, P.C.,* for appellants.

*Irving M. Portnoy, Evans, Rosen, Portnoy, Quinn & Donahue,* for appellees.

OPINION BY JUDGE COLINS, May 10, 1988:

This case has come before the Court on appeal by permission from an interlocutory order of the Court of Common Pleas of Allegheny County, entered July 9, 1987, in Civil Action No. A-00618 of 1986, by the Honorable LIVINGSTONE M. JOHNSON.

We affirm on the able and authoritative opinion of Judge JOHNSON published at       Pa. D. & C. 3d (198 ).

ORDER

AND NOW, this 10th day of May, 1988, the Order of the Court of Common Pleas of Allegheny County in the above-captioned matter is affirmed.